UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff,      )<br>                             )<br>      v.                     )<br>                             )<br>MHPG, INC.              )<br>      Defendant.     ) | Court No. 04-10247-DPW |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, dismisses this action without prejudice because the United States is currently unable to effect service of process upon the defendant, MHPG, Inc.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorneys

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:    */s/ Christopher R. Donato*

                              CHRISTOPHER R. DONATO
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303

Dated: March 2, 2004